**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

| | | |
|---|---|---|
| MARGARET JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-C-13 |
| | ) | |
| JUNIPER BANK, | ) | **Hon. Rudolph T. Randa** |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Stipulation to Stay Proceedings filed by

the Plaintiff on December 14, 2006.

Having reviewed the Stipulation to Stay Proceedings, the Court now **GRANTS** the

Stipulation to Stay Proceedings and orders that this action be stayed pending the ruling by the

U.S. Supreme Court in *GEICO Gen. Ins. Co. v. Edo,* 06-100, 127 S.Ct. 36, 165 L.Ed.2d 1014 (Sept.

26, 2006) and *Safeco Ins. Co. of Am. v. Burr*, 127 S.Ct. 36, 165 L.Ed.2d 1014 (Sept. 26, 2006).  This action shall

proceed upon notification by the parties of the ruling in these matters.

**THEREFORE, IT IS ORDERED** that this case be **CLOSED FOR ADMINISTRATIVE PURPOSES**

**ONLY** until the ruling by the United States Supreme Court in *GEICO* and *Safeco*.  One or both of the parties shall

provide notice to the Court by electronic filing promptly upon receipt of such ruling.

Dated at Milwaukee, Wisconsin, this 18th day of December, 2006.


s/ Rudolph T. Randa
CHIEF JUDGE RUDOLPH T. RANDA
UNITED STATES DISTRICT COURT