# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**MARGARET JOHNSON,**

        Plaintiff,

    V.        CASE NUMBER: **06-C-13**

**JUNIPER BANK,**

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the defendant's motion for summary judgment is GRANTED on plaintiff's allegation that the defendant violated the Fair Credit Reporting Act. This action is hereby DISMISSED.**

    **November 28, 2007**        **JON W. SANFILIPPO**
Date        Clerk

        s/ Linda M. Zik
        (By) Deputy Clerk